DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK ACKER,**
Appellant,

v.

**ESTATE OF STANLEY ACKER, KAREN ACKER** and **DAVID ACKER,**
Appellees.

No. 4D20-1461

[January 27, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502008CP001929XXXXSBIX.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, for appellant.

David K. Markarian of The Markarian Group, Palm Beach Gardens, for appellees Karen Acker and David Acker.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***